# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Jose Arturo GAXIOLA-Pacheco,<br><br>　　　　　　Defendant. | Case No.: '22 MJ8172 RBM<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

## COUNT 1

On or about March 5, 2022, within the Southern District of California, defendant, Jose Arturo GAXIOLA-Pacheco, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960, a felony.

## COUNT 2

On or about March 5, 2022, within the Southern District of California, defendant, Jose Arturo GAXIOLA-Pacheco, did knowingly and intentionally import a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960, a felony.

## COUNT 3

On or about March 5, 2022, within the Southern District of California, defendant, Jose Arturo GAXIOLA-Pacheco, did knowingly and intentionally import a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960, a felony.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

Special Agent Mohammed Rahman
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 7th day of March, 2022.

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE

United States of America
    v.
Jose Arturo GAXIOLA-Pacheco

**PROBABLE CAUSE STATEMENT**

I, Special Agent Luis Salinas, declare under penalty of perjury, the following is true and correct:

On March 5, 2022, at approximately 7:44 am, Jose Arturo GAXIOLA-Pacheco (GAXIOLA), a Mexican national, applied for entry via the vehicle Sentri lanes at the Calexico, California East Port of Entry (POE). GAXIOLA was the registered owner and sole occupant of a 2014 Nissan Sentra. When asked by a US Customs and Border Protection Officer (CBPO) about the reason for GAXIOLA's visit to the United States, GAXIOLA stated he was visiting his girlfriend in Calexico, California. The CBPO noted that GAXIOLA appeared to be nervous during the inspection. The CBPO then inspected the trunk of GAXIOLA's vehicle and discovered what appeared to be brown packages within the rear quarter panels. GAXIOLA and his vehicle were sent to secondary inspection.

At secondary inspection, GAXIOLA's vehicle was screened with a Human Narcotics Detection Dog (HNDD) which resulted in the HNDD alerting to the presence of narcotics. The vehicle was then inspected with the Z-Portal vehicle x-ray scanning machine in which officers observed anomalies in the rear quarter panels and spare tire of the vehicle.

Further inspection resulted in the discovery of a total of Twentynine packages; twenty packages from the quarter panels and eleven packages from the spare tire. A field presumptive test of the substance within the packages revealed twenty packages of methamphetamine with a combined weight of 18.06 kilograms, nine packages of heroin with a combined weight of 9.56 kilograms, and two packages of cocaine with a combined weight of 2.22 kilograms.

On March 5, 2022, at approximately 11:33 a.m., Homeland Security Investigations (HSI) Special Agent Luis Salinas advised GAXIOLA of his rights per Miranda in Spanish. GAXIOLA acknowledged he understood his rights verbally and by signing the rights advisement form provided to him. GAXIOLA waived his rights and elected to make a statement without the presence of an attorney.

GAXIOLA admitted to knowingly importing a controlled substances into the United States within his vehicle. GAXIOLA stated he did not know the amount or quantity but that he knew it was an illicit substance. GAXIOLA stated he was going to be paid $10,000 for successfully delivering the drugs.

UNITED STATES OF AMERICA

v.

Jose Arturo GAXIOLA-Pacheco

**Executed on March 5, 2022, at 5:30 pm.**

_____
Special Agent Luis Salinas
Homeland Security Investigations

On the basis of the facts presented in the probable cause statement consisting of (2) page(s), I find probable cause to believe that the defendant(s) named herein committed the offense on March 5, 2022, in violation of Title 21, United States Code, Section(s) 952 and 960.

_____                **19:03, Mar 5, 2022**

The Honorable William V. Gallo                    Date/Time
United States Magistrate Judge